# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHASTER LANGHAM,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **CIVIL ACTION NO. 07-0830-CG-C** |
| ) | |
| **ALABAMA DEPARTMENT OF** ) | |
| **TRANSPORTATION,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT

In accordance with the court's order granting defendant's motion for summary judgment entered this date, it is

**ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendant, Alabama Department of Transportation, and against the plaintiff, Shaster Langham, as to plaintiff's complaint, and the plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 10th day of November, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE